840 A.2d 987

COMMONWEALTH of Pennsylvania, Respondent,

v.

Joanne B. WILSON, Petitioner.

Supreme Court of Pennsylvania.

Nov. 14, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 14th day of November, 2003, the Petition for Allowance of Appeal is granted, limited to Petitioner's first issue, and the Order of the Superior Court is reversed. *See McKinley v. Commonwealth,* 769 A.2d 1153 (Pa.2001). The matter is remanded to the Court of Common Pleas for proceedings consistent with this Order. Jurisdiction relinquished.